**Calvin Bernard GREEN, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 07–6775.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 30, 2007.

Calvin Bernard Green, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Bernard Green appeals the district court's final order dismissing Green's "Motion for Relief from Judgment/Independent Action" as frivolous and striking the same from the active docket of the court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. United States,* No. 7:99–cr–00032–jct (W.D. Va. May 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*